WILLIAM P. TITUS, Respondent, *v.* JOHN E. HAYNES et al., Appellants.

(Argued December 2, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made April 28, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Moore & Moore* for appellants.

*Reuben H. Underhill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.